U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 0 2015

TONY R. MOORE, CLERK
BY _____ M3 _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLARANCE BARRON, JR., <br> Plaintiff | CIVIL ACTION <br> SECTION "P" <br> NO. 14-CV-02754 |
| VERSUS | |
| WILLIAM EARL HILTON, et al., <br> Defendants | JUDGE JAMES T. TRIMBLE, JR. <br> MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 5) is GRANTED and Barron's Section 1983 action against the Rapides Parish Sheriff's Office is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _10th_ day of _March_ 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE