UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **CLARANCE BARRON, JR.** | : | **CIVIL ACTION NO.: 1:14-CV-02754** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **WILLIAM EARL HILTON, IN THEIR OFFICIAL and INDIVIDUAL CAPACITY AS SHERIFF OF RAPIDES PARISH SHERIFF'S OFFICE, ET AL.** | : | **MAG. JUDGE PEREZ-MONTES** |

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff William Earl Hilton, in his individual and official capacity as the Rapides Parish Sheriff, Deputy Michael Gill, in his individual and official capacity as a Deputy for Sheriff Hilton, and Deputy Brett Bolin, in his individual and official capacity as a Deputy for Sheriff Hilton, who respectfully submit the following:

### I. ARGUMENT

The Federal Rules of Civil Procedure allow for the taking of depositions. (F.R.C.P. Rule 30). The failure to cooperate in discovery can lead to a motion for an order compelling discovery, including the taking of a deposition. (F.R.C.P. Rule 37).

Defendants desire to complete discovery in order to file a Motion for Summary Judgment and to prepare for a trial on the merits. Defendants are merely seeking to compel Barron to cooperate in discovery and to attend his own deposition.

Respectfully submitted:

PROVOSTY, SADLER, deLAUNAY
FIORENZA & SOBEL, APC

By: /s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
934 Third Street, Suite 800
P.O. Drawer 1791
Alexandria, LA 71309-1791
318/445-3631


ATTORNEYS FOR DEFENDANTS,
SHERIFF WILLIAM EARL HILTON, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY AS
THE RAPIDES PARISH SHERIFF,
DEPUTY MICHAEL GILL, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY AS A DEPUTY FOR
SHERIFF HILTON, DEPUTY BRETT BOLIN,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS A DEPUTY FOR SHERIFF
HILTON

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 8th day of March, 2016, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Donald R. Dobbins, Esq.
Donald R. Dobbins & Associates, LLC
327 North Boulevard, Suite 243
Baton Rouge, LA 70801
P: 225-387-6010   F: 225-344-6057
donald@dobbinslaw.glacoxmail.com
Attorney for Plaintiff

     I further certify that I forwarded the foregoing document via first-class mail to the following non-CM/ECF participants: None.

                              /s/ H. Bradford Calvit
                             H. BRADFORD CALVIT (#18158)